MICHAEL BAILEY
United States Attorney
District of Arizona
MARK J. WENKER
Assistant U.S. Attorney
Arizona State Bar No. 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |
| v. | |
| Colt Government Pistol, .45 caliber, Serial Number 2940901 and 106 rounds of .45 caliber Federal Ammunition. | |
| Defendants *In Rem*. | |

Plaintiff United States of America brings this Complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Supplemental Rules):

## **NATURE OF THE ACTION**

1. This is a civil action *in* rem, brought to enforce the provision of 18 U.S.C. § 924(d)(1) for the forfeiture of any firearm or ammunition involved in or used any knowing violation of 18 U.S.C. § 922(g)(9), unlawful possession of a firearm by a person convicted in any court of a misdemeanor crime of domestic violence.

2. This is a civil action *in* rem, brought to enforce the provision of 18 U.S.C. § 924(d)(1) for the forfeiture of any firearm or ammunition involved in or used in a knowing violation of 18 U.S.C. § 924(a)(1)(A), knowingly making any false statements or representations with respect to information required by 18 U.S.C. § 921 *et seq.*

/ /

3.      Venue and jurisdiction in Arizona are based upon 21 U.S.C. § 881(j), and 28 U.S.C. §§ 1355(b) and 1395 as acts and omissions occurred in the District of Arizona that give rise to this forfeiture action.  This Court has jurisdiction.  28 U.S.C. §§ 1345 and 1355, and 18 U.S.C. § 981(h).

## THE DEFENDANTS *IN REM*

4.      The defendant consists of a Colt Government Pistol, .45 caliber, serial number 2940901, and 106 rounds of .45 caliber Federal Ammunition (defendant property), seized on August 6, 2019.  The defendant property is currently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

## FACTS

5.      On July 15, 2019, Jose Jimenez Aldaco ("Jimenez Aldaco") purchased the defendant property from Federal Firearms Licensee ("FFL") Jones & Jones in Somerton, Arizona.

6.      As an FFL, Jones & Jones is required to have gun purchasers complete a Firearms Transaction Record (ATF Form 4473). The purpose of the form is to determine if the purchaser is prohibited by the federal government from buying a firearm or ammunition. In question 11.i. the purchaser must certify and answer "yes" or "no" as to whether they have ever been convicted of a misdemeanor crime of domestic violence. An answer of "yes" would prohibit a person from buying a gun.

7.      Jimenez Aldaco answered "no" to question 11.i. on his ATF Form 4473. *See* attached Exhibit 1.

8.      FFLs also require gun purchasers to submit to a government background check, which Jimenez Aldaco did.

9.      Having seemingly met the conditions of the ATF Form 4473 and the initial background check, Jimenez Aldaco was allowed to buy the defendant property from Jones & Jones.

10.     On August 5, 2019, ATF received notice from the National Instant Criminal Background check System ("NCIS") that Jimenez Aldaco had actually failed

his background check because he had been convicted of a domestic violence assault in 2015. Agents refer to such a situation as a "delayed denial."

11.     Agents soon thereafter obtained certified copies from the Somerton Municipal Court, County of Yuma, State of Arizona, of Jimenez Aldaco's domestic violence conviction.  Jimenez Adalco was prosecuted and convicted under the name of Jose Alfredo Jimenez.

12.     On July 14, 2015, Jimenez Aldaco pled guilty to a misdemeanor count of Assault Per Domestic Violence, A.R.S. § 13-1203A.  *See* attached Exhibit 2.

13.     When convicted of domestic violence assault on July 14, 2015, Jimenez Aldalco signed a Notice to the Defendant Form. It informed Jimenez Aldaco that based upon his conviction of a misdemeanor for domestic violence assault he was prohibited under federal law from ever possessing a firearm or ammunition (unless his conviction was set aside pursuant to A.R.S. § 13-907). *See* attached Exhibit 2, p. 7.

14.     Additionally, ATF Form 4473 (*See* Exhibit 3) states that if you answer yes to question 11.i. ("Have you ever been convicted in any court of a misdemeanor crime of domestic violence?") you are prohibited from purchasing or receiving a weapon. Page 4 of ATF Form 4473, discussing Question 11.b -12, further reiterated that those convicted of misdemeanor domestic violence were prohibited from possessing a firearm (with the exception of those who: "(1) under the law of the jurisdiction where the conviction occurred, the person has been pardoned, the conviction has been expunged or set aside, or the person has had their civil rights (*the right to vote, sit on a jury, and hold public office*) taken away and later restored AND (2) the person is not prohibited by the law of the jurisdiction where the conviction occurred from receiving or possessing firearms." These exceptions listed on the form are discussed in 18 U.S.C. § 921(a)(33)(B)(ii)).  Aldaco Jimenez has never met any of these exceptions.

15.     Jimenez Aldaco's domestic violence conviction has not been set aside and that his right to possess firearms and ammunition has not been restored.

/ /

16. Based upon this information, on August 6, 2019, Agents went to Jimenez Aldaco's home at 338 Cuauhtemoc St., San Luiz, Arizona, to interview him. Jimenez Aldaco's father answered the door and said that Jimenez Aldaco was at work in Wellton, Arizona, approximately 50 miles away.

17. With Jimenez Aldaco's father's assistance, Agents eventually made contact with Jimenez Aldaco by phone. Agents asked Jimenez Aldaco if he still had the recently purchased firearm. Jimenez Aldaco said he did, and that the weapon was at his father's home. Agent's explained that due to his prior conviction for domestic violence, Jimenez Aldaco was prohibited from possessing a weapon and that the Agents would need to seize it.

18. Jimenez Aldaco agreed to the seizure of the weapon by the Agents, and advised his father where to find it.

19. Agents found the defendant property (Colt Government Pistol, .45 caliber, serial number 2940901, and 106 rounds of .45 caliber Federal Ammunition) and seized it.

## SEIZED ASSET CLAIM BY JIMENEZ ALDACO

20. On August 23, 2019, ATF sent Jimenez Aldaco a Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings.

21. On September 11, 2019, ATF received a Seized Asset Claim Form from Jimenez Aldaco for the defendant property. Jimenez Aldaco stated in the form:

> Property listed above was personally purchased at Jones & Jones store located in Somerton, AZ. I was charged an additional fee of $35 for a background check and I was cleared to purchase the pistol. Please see attached copy of the receipt dated July 15, 2019.

22. On October 15, 2019, ATF referred the case to the U.S. Attorney's Office for judicial forfeiture consideration, explaining that ATF had denied Jimenez Aldaco's administrative claim.

//

//

4

## THOSE CONVICTED OF MISDEMEANOR DOMESTIC VIOLENCE ARE PROHIBITED FROM POSSESSING WEAPONS OR AMMUNITION

23.    It is unlawful for any person who has been convicted in any court of a misdemeanor crime of domestic violence, to, among other things, possess firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

24.    The defendant property has been shipped or transported in interstate or foreign commerce.

25.    A "misdemeanor crime of domestic violence" includes a misdemeanor under state law that "has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situate to a spouse, parent, or guardian of the victim." 18 U.S.C. § 921(a)(33)(A)(i and ii).

26.    Jimenez Aldaco was convicted in the state of Arizona of a misdemeanor count of Assault Per Domestic Violence, A.R.S. § 13-1203A, which the statute describes as an assault a person commits by "intentionally, knowingly or recklessly causing any physical injury to another person."

27.    Further, A.R.S. § 13-3601 defines domestic violence, among other things, as an assault (A.R.S. § 13-1203) against a victim, including a spouse, mother of a child, and a person in a close romantic or sexual relationship.

28.    As Jimenez Aldaco was convicted of misdemeanor domestic violence as defined in 18 U.S.C. § 921(a)(33)(A), and he possessed the defendant property, he violated 18 U.S.C. § 922(g)(9).

## THOSE WHO MAKE FALSE STATEMENTS OR REPRESENTATIONS REGARDING FIREARMS ARE PROHIBITED FROM POSSESSING WEAPONS

29.    Question 11.i. of the Firearms Transaction ATF Form 4473 asked Jimenez Aldaco "Have you ever been convicted in any court of a misdemeanor crime of domestic

violence?" Jimenez Aldaco falsely answered "no" as he had been convicted of that offense (domestic violence assault) approximately four years earlier. This falsification and misrepresentation prohibited Jimenez Aldaco from possessing the defendant property.  18 U.S.C. § 924(a)(1)(A) and 18 U.S.C. § 924(d).

## CONCLUSION

30.    The defendant property is subject to forfeiture as Aldaco Jimenez was a prohibited from purchasing or possessing the defendant property because of (a) his misdemeanor domestic violence assault conviction; and (b) his false representations made when purchasing the defendant property.

## FIRST CLAIM FOR RELIEF

The defendant property was any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(9), unlawful possession of a firearm or ammunition by a person convicted in any court of a misdemeanor crime of domestic violence, and therefore is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

## SECOND CLAIM FOR RELIEF

The defendant property was any firearm or ammunition involved in or used in a knowing violation of 18 U.S.C. § 924(a)(1)(A), knowingly making any false statements or representations with respect to information required by 18 U.S.C. § 921 *et seq.,* and therefore is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1).

## NOTICE TO ANY POTENTIAL CLAIMANT

If you assert an interest in the subject property and want to contest the forfeiture, you must file a verified claim that fulfills the requirements set forth in Supplemental Rule G. To avoid entry of default, a verified claim must be filed no later than thirty-five days from the date this Complaint has been sent in accordance with Supplemental Rule G(4)(b).

An answer or motion filed under Fed. R. Civ. P. 12 also must be filed no later than twenty-one days after filing the claim. The claim and answer must be filed in the United States District Court for the District of Arizona under the case number listed in the caption

above and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this Complaint.

This notice provision does not provide you with any legal advice and is designed only to provide you with a general understanding of these proceedings. Any statements made in your claim or answer may be introduced as evidence against you in any related or future criminal case. You should consult an attorney to represent your interests in this matter, and note that a stay of proceedings may be available under 18 U.S.C. § 981(g)(2).

IF YOU ARE A VICTIM, and have sustained economic loss as a result of the crime(s) giving rise to this civil action, you may be entitled to petition for remission, mitigation, or restoration under Title 28, Code of Federal Regulations ("C.F.R."), section 9.2. In lieu of filing a Claim with the Court, you may promptly submit a letter outlining your interest in the property to the undersigned Assistant United States Attorney. Plaintiff will notify you when it has received your letter, and further instructions may be provided upon conclusion of this action. The United States Attorney General shall have sole responsibility for disposing of petitions for remission or mitigation with respect to property involved in a judicial forfeiture proceeding under 18 U.S.C. § 981(d) and 21 U.S.C. § 881(d). If your status as a victim is contested, timely receipt of your letter will not shield you from entry of default for failing to file a proper claim with the Court.

IF YOU ARE A LIENHOLDER, it is the policy of the United States Attorney's Office to honor all claims received from legitimate titled lienholders as defined under 28 C.F.R. § 9.2. In lieu of filing a claim with the Court, you may send a letter to the undersigned Assistant United States Attorney outlining your interest in the property, including: (1) the amount presently owed on the lien; (2) a copy of the security agreement setting forth your interest; and, (3) whether the owner is in default. If your lien is sufficient, Plaintiff will notify you to verify receipt of your letter. In the event of forfeiture, and to the extent practicable, proceeds from the sale and disposition of the subject property will be remitted to you in satisfaction of the lien. As noted above, timely

receipt of your letter will not shield you from entry of default for failing to file a proper claim with the Court.

### **PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that process issue for an arrest warrant *in rem* issue for the arrest of the defendant property; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 10th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/Mark J. Wenker*
MARK J. WENKER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **United States of America**

**Defendant**(s): **Colt Government Pistol, .45 caliber, Serial Number 2940901 and 106 rounds of .45 caliber Federal Ammunition**

County of Residence: Maricopa

County of Residence: Yuma

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Mark J. Wenker , AUSA**
**40 N. Central Ave. Ste. 1800**
**Phoenix, Arizona  85004**
**602 514-7555**

Defendant's Atty(s):

<u>II. Basis of Jurisdiction</u>:                **1. U.S. Government Plaintiff**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

<u>IV. Origin</u> :                **1. Original Proceeding**

<u>V. Nature of Suit</u>:                **690 Other**

<u>VI.Cause of Action</u>:                **Forfeiture In Rem**

<u>VII. Requested in Complaint</u>

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

**Signature:  s/ Mark J. Wenker**

**Date:** <u>12/10/2019</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# Exhibit 1

08/02/2019  02:19  9206271503                JONES&JONES                        PAGE  02

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

### Firearms Transaction Record

| | Transferor's/Seller's Transaction Serial Number (If any) |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to rmine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 ec seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | |
| Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | 07-2019-24 |

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| Jimenez Hidalgo | Jose | A "IO" |

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 151 Montes St | San Luis | Yuma | AZ | 85349 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs) | 6. Sex | 7. Birth Date |
|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country: Mexico | Ft. 5 In. 4 | 240 | ☑ Male ☐ Female | Month   Day   Year |

8. Social Security Number *(Optional, but will help prevent misidentification)*

9. Unique Personal Identification Number *(UPIN) if applicable (See Instructions for Question 9.)*

| 10.a. Ethnicity | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)* |
|---|---|
| ☑ Hispanic or Latino | ☐ American Indian or Alaska Native   ☐ Black or African American   ☑ White |
| ☐ Not Hispanic or Latino | ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

11 Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☑ | |
| b. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | | ☑ |
| d. | Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | | ☑ |
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | | ☑ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable  Nationals of the United States may check U.S.A.)*
☐ United States of America (U.S.A)   ☑ Other Country/Countries (Specify): Mexico

| | | Yes | No |
|---|---|---|---|
| 12.b. | Have you ever renounced your United States citizenship? | | ☑ |
| 12.c. | Are you an alien illegally or unlawfully in the United States? | | ☑ |
| 1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | | ☑ |
| 12.d.2. | If "yes", do you fall within any of the exceptions stated in the instructions? | ☑ N/A | |

13 If you are an alien, record your U.S.-issued Alien number or Admission number *(AR#, USCIS#, or I94#)*: 643-161-775

Previous Editions Are Obsolete
Page 1 of 6

**Transferee/Buyer Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300 9)
Revised October 2016

08/02/2019  02:19  9286271503                    JONES&JONES                              PAGE  03

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.l and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date 7/1/19 |
|---|---|

### Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred *(check or mark all that apply):* [X] Handgun  [ ] Long Gun  [ ] Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)*

17. If transfer is at a qualifying gun show or event: Name of Function: _____ City, State: _____

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* Month / Day / Year |
|---|---|---|
| AZ Identification Card | DO6198846 | 03 / 19 / 2020 |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address) (See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: Month 07 Day 01 Year 2019

19.b. The NICS or State transaction number *(if provided)* was: 101KW644

19.c. The response initially (first) provided by NICS or the appropriate State agency was: [ ] Proceed  [X] Delayed *[The firearm(s) may be transferred on 7/6/2019 if State law permits (optional)]*  [ ] Denied  [ ] Cancelled

19.d. The following response(s) was/were later received from NICS or the appropriate State agency: [ ] Proceed ___ (date)  [ ] Denied ___ (date)  [ ] Cancelled ___ (date)  [ ] Overturned  [X] No response was provided within 3 business days. FBI NICS E-Check 7/6/2019 @ 10:15AH

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: 8/2/2019 *(date).* [ ] Proceed  [X] Denied  [ ] Cancelled  JOY 1A # 2040

19.f. The name and Brady identification number of the NICS examiner. *(Optional)* FBI NICS E-Check  6:46:24PM

19.g. Name of FFL Employee Completing NICS check. *(Optional)*

20. [ ] No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. [ ] No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date 7/15/19 |
|---|---|

Transferor/Seller Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Revised October 2016

08/02/2019   02:19   9286271503                JONES&JONES                                PAGE   04

| Section D - Must Be Completed By Transferor /Seller Even If The Firearm(s) is Not Transferred | | | | |
|---|---|---|---|---|
| 24.<br>Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25.<br>Model<br>(If Designated) | 26.<br>Serial Number | 27.<br>Type (See Instructions for Question 27.) | 28.<br>Caliber or Gauge |
| COLT | Gov't 1911 | ~~29#105G4~~ 2940901 | PISTOL | 45 ACP |
| | | | | |
| | | | | |
| | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

29. Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)*  ONE

30. Check if any part of this transaction is a pawn redemption.
☐ Line Number(s) From Question 24 Above.

31. For Use by Licensee *(See Instructions for Question 31.)*
★ AFTER 1st NOTIFICATION & REQUEST FOR COPY OF 4473
★ ALSO RECIEVED DENIED STATUS FROM BENLAH # K6 80240

32. Check if this transaction is to facilitate a private party transfer.
☐ *(See Instructions for Question 32.)*

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)  (Hand stamp may be used.)*

**Jones & Jones**
**17490 S. Avenue E**
**Somerton, AZ 85350**

**9-86-03805**

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed business premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify that, on the basis of—(1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name *(Please print)* | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title | 37. Date Transferred |
|---|---|---|---|
| **Margaret C. Jones** | *[signature]* | **Secretary/Owner** | 7/15/2019 |

**NOTICES, INSTRUCTIONS, AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferor/seller meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and that period must be submitted to ATF. Filing may be chronological *(by date of disposition)*, alphabetical *(by name of purchaser)*, or numerical *(by transaction serial number)*, as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name of transferee)* or chronological *(by date of transferee's certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. Warning: Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

**Section A**

The transferee/buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the transferor/seller. Two persons *(other than the transferor/seller)* must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF Form 4473 (5300.9)
Revised October 2016

# Exhibit 2



Manuel Figueroa, Magistrate

Tel. (928)627-8152/627-2722
Fax No. (928)627-1076

Office of the
# SOMERTON MUNICIPAL COURT
P.O. Box 458
Somerton, Arizona
85350

IN THE SOMERTON MUNICIPAL COURT)
COUNTY OF YUMA                          )
STATE OF ARIZONA                        )

**Defendant:**   <u>Jose Alfredo Jimenez</u>

**Date of Birth:**  <u>12/17/1985</u>

**Case No.:**      <u>M1442CR2015-00109</u>

I, Manuel Figueroa, City Magistrate, Somerton, Arizona, County of Yuma, do hereby certify

that the above and foregoing is a true copy of the final judgment and sentence of the above

entitled actions, as the same appears in the Somerton Municipal Court Records.

Magistrate
Somerton Municipal Court
Somerton, Arizona

Date: <u>August 6, 2019</u>

M1442CR201500169

**CITY OF SOMERTON POLICE DEPARTMENT**
# ARIZONA TRAFFIC TICKET AND COMPLAINT

COMPLAINT COPY

| Complaint | SSN | Military | ☐ Accident ☐ Fatality | ☐ Commercial ☐ Haz. Material | DR Number |
|---|---|---|---|---|---|
| 43751 | | | | | 2015 - 00006957 |

| Driver's License Number | State | Class | Endorsements | Restrictions |
|---|---|---|---|---|
| D06198846 | CA | ID | M H N P T X D | |

**DEFENDANT**

| First | Middle | Last |
|---|---|---|
| JOSE | ALFREDO | JIMENEZ |

| Residential Address | City | State | Zip | Telephone |
|---|---|---|---|---|
| 304 N STATE AVE #1 | SOMERTON | AZ | 85350 | |

| Sex | Weight | Height | Eyes | Hair | Origin | Date of Birth | Tatoos |
|---|---|---|---|---|---|---|---|
| M | 200 | 5'4" | BRO | BLK | H | | LEFT SHOLDER |

| Business Address | City | State | Zip | Telephone |
|---|---|---|---|---|
| NONE | | | | (928) 248 6068 |

**VEHICLE**

| Color | Year | Make | Model | Style | License Plate | State | Expiration |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Registered Owner | Vehicle Identification Number |
|---|---|
| | |

**THE UNDERSIGNED CERTIFIES THAT:**

**ON**

| Month | Day | Year | Time | AM/PM | SPEED | Approx | Posted | R&P | RADAR | Direction of Travel |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 | 29 | 2015 | 1512 | PM | | | | | ☐ Yes ☐ No | |

**AT**

| Location | | City of Somerton Yuma County State of Arizona | Area | District |
|---|---|---|---|---|
| 304 N STATE AVE #1 | | | | |

the defendant committed the following:

| | Section / ARS CC | Violation | | Domestic Violence | |
|---|---|---|---|---|---|
| **A** | 13-3601/2904A1 | DV Disordery Conduct | ■ Domestic Violence | ☐ Criminal ☐ Victim Notified ☐ Civil Traffic | ☐ Victim? ☐ Criminal Traffic ☐ City Code ☐ Petty Offense |
| | Docket Number 13-3601/1203A1 | Disp. Codes / | Date of Disposition 7-14-15 | Sanction 163 (0)/30 | |
| **B** | 13-3601/1203A1 | DV Assault Per Domestic Violence | ■ Domestic Violence | ☐ Criminal ☐ Victim Notified ☐ Civil Traffic | ☐ Victim? ☐ Criminal Traffic ☐ City Code ☐ Petty Offense |
| | Docket Number CR201500109 | Disp. Codes / | Date of Disposition 7-14-15 | Sanction 218.65/50 | |
| **C** | Section ARS CC | Violation | ☐ Domestic Violence | ☐ Criminal ☐ Victim Notified ☐ Civil Traffic | ☐ Victim? ☐ Criminal Traffic ☐ City Code ☐ Petty Offense |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | |
| **D** | Section ARS CC | Violation | ☐ Domestic Violence | ☐ Criminal ☐ Victim Notified ☐ Civil Traffic | ☐ Victim? ☐ Criminal Traffic ☐ City Code ☐ Petty Offense |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | |
| **E** | Section ARS CC | Violation | ☐ Domestic Violence | ☐ Criminal ☐ Victim Notified ☐ Civil Traffic | ☐ Victim? ☐ Criminal Traffic ☐ City Code ☐ Petty Offense |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | |

| **YOU MUST APPEAR AT→** | SOMERTON MUNICIPAL COURT 550 W. MAIN STREET SOMERTON, AZ 85350 | SAN LUIS JUSTICE COURT #2 1350 E. LIBERTY ST. SAN LUIS, AZ 85349 | ☐ | _____, ARIZONA | Court Number 1442 |
|---|---|---|---|---|---|

| **at the date and time indicated** | Month | Day | Year | Time | AM PM |
|---|---|---|---|---|---|

| Criminal | ☐ Without admitting guilt, I promise to appear as directed hereon. | I certify upon reasonable grounds, I believe the person named above committed the acts described and I |
|---|---|---|
| Civil | ☐ Without admitting responsibility, I acknowledge receipt of this complaint. | have served a copy of this complaint upon the defendant. |

X _____

Complainant _____   ID Number A116

**SUBPOENA LIST**

| NAME: | ADDRESS: | PHONE: |
|---|---|---|
| NAME: | ADDRESS: | PHONE: |
| NAME: | ADDRESS: | PHONE: |

SOMERTON MUNICIPAL COURT M1442 350 W. Main St. Somerton, AZ 85350, P.O. Box 458, Yuma, County Arizona

| STATE OF ARIZONA Plaintiff<br><br>-vs-<br><br>**JOSE ALFREDO JIMENEZ**<br>Defendant (FIRST, MI, LAST) | [CASE/COMPLAINT NO.]<br><br>**M1442CR201500109** | **SENTENCE** |

*IT IS THE JUDGMENT OF THIS COURT THAT THE DEFENDANT IS SENTENCED TO THE FOLLOWING:*

| Count 1/Charge **A**<br>ARS 13-2904A1<br>DISORDERLY CONDUCT PER D.V. | FINE: *163 10*<br>JAIL: *30* | PROBATION:<br><br>COMMUNITY SERVICE: |
| Count 2/Charge **B**<br>ARS 13-1203A1<br>ASSAULT PER D.V. | FINE: *318.65*<br>JAIL: *90* | PROBATION:<br><br>COMMUNITY SERVICE: *jail* |
| **Count 3/Charge C** | FINE:<br><br>JAIL: | PROBATION: *susp ol*<br><br>COMMUNITY SERVICE: |
| **Count 4/Charge D** | FINE:<br><br>JAIL: *SUSP at the* | PROBATION:<br><br>COMMUNITY SERVICE: |
| **Count 5/Charge E** | FINE: *susp at the*<br>*time.*<br>JAIL: | PROBATION:<br><br>COMMUNITY SERVICE: |

MONETARY FINE = _____ + $20.00 TPF= _____   TOTAL JAIL TIME = *120 susp*

☐ LICENSE SUPENSION: <u>AS PER ARIZONA MVD</u>   ☐ IGNITION INTERLOCK DEVICE: <u>AZ PER AZ MVD</u>

☐ ALCOHOL SCREENING AND COUNSELING: _____

☑ DOMESTIC VIOLENCE COUNSELING: _____
   Defendant has until _*7-31-15*_ to provide proof of attendance.
   A warrant will be issued if **YOU** do not provide written proof of attendance.

☐ DRUG TREATMENT AND COUNSELING: _____

☐ RESTITUTION: _____   ☐ ATTORNEY ASSESSMENT: _____

☐ JAIL FEES: ☐The Defendant shall pay _____ as jail fees to reimburse the county OR ☐ The Court finds the
   interest of justice are served by waiving recovery of jail fees in this case.

☐ COURT PAYMENTS: A $20 time-payment fee is added to allow Defendant to make payment to the Court. Payments
   are set in the amount of _____ per month and the first payment is due on _____ 2014.
☐ ANY BOND in this matter is hereby exonerated.

I UNDERSTAND THAT AS A RESULT OF FAILING TO PAY FINES, THE COURT CAN ISSUE A WARRANT FOR MY ARREST AND/OR SUSPEND MY DRIVER'S LICENSE. FURTHERMORE, THE
COURT CAN SENTENCE ME TO A TERM OF INCARCERATION IN ACCORDANCE WITH THE LAW.

DATE: X _*7/14/N*_

DEFENDANT

_____
Manuel Figueroa, Magistrate

**SOMERTON MUNICIPAL COURT – 350 W. MAIN ST – SOMERTON, AZ 85350 – YUMA COUNTY**

| STATE OF ARIZONA Plaintiff -vs- JOSE ALFREDO JIMENEZ Defendant (FIRST, MI, LAST) | [CASE/COMPLAINT NO.] M1442CR201500109 | GUILTY/NO CONTEST PLEA PROCEEDING |
|---|---|---|

Defendant appears personally and expresses a desire to plead guilty or no contest to the charges indicated and I find the following facts:

1.  Defendant understands the nature of the charges as indicated:  A) ARS 13-2904A1 DISORDERLY CONDUCT PER D.V. B) ARS 13-1203A1 ASSAULT PER D.V.
2.  Defendant appears:  [ ] with counsel [X] without counsel, (waiver of counsel with file) and understands the following:
3.  Defendant has entered into a:  [ ] plea agreement, and consents to its terms; [X] plea to the court.
4.  Defendant understands the range of penalties to be:  (state minimum and maximum possible sanctions).
5.  If arrested on a subsequent offense, defendant may be charged with a more serious offense and associated penalties.
6.  The Court has advised the defendant that this guilty plea may result in a violation of probation or parole.
7.  Defendant was advised of the following:  If you are not a citizen of the United States, pleading guilty or no contest to a crime may affect your immigration status.  Admitting guilt may result in deportation even if the charge is later dismissed.  Your plea or admission of guilt could result in your deportation or removal, could prevent you from ever being able to get legal status in the United States, or could prevent you from becoming a United States citizen.
8.  Defendant understands that the following constitutional rights are given up by changing the plea:
    a.  Right to plead not guilty and require the State to prove guilt beyond a reasonable doubt.
    b.  Right to a trial [ ] by jury [X] by a judge [ ] by jury on facts used to aggravate a sentence.
    c.  Right to assistance of an attorney at all stages of the proceeding, including appeal.  In some cases, the defendant may be eligible for a court-appointed attorney at a reduced cost or at no cost, if the defendant cannot afford one.
    d.  Right to confront the witnesses against the defendant and to cross-examine them as to the truthfulness of their testimony.
    e.  Right to present evidence in the defendant's own behalf and to have the court compel the defendant's chosen witnesses to appear and testify free of charge.
    f.  Right to remain silent, not to incriminate oneself, and to be presumed innocent unless/or until proven guilty beyond a reasonable doubt.
    g.  Right to a direct appeal.
9.  Defendant wishes to give up these constitutional rights after having been advised of them.
10. A basis in fact exists for believing the defendant guilty of the offenses charged.
11. The plea is voluntary and not the result of force or threat, or promises other than those contained in the plea agreement.
12. Defendant may file a Rule 32 petition for post-conviction relief and if denied may file a petition for review.

On the basis of these findings, I conclude that the defendant knowingly, voluntarily, and intelligently pleads: [X] guilty [ ] no contest* to the above charges, and I accept this plea.

> \* Rule 17.1c, Rules of Criminal Procedure states that a plea of no contest may be accepted only after due consideration of the views of the parties and the interest of the public in the effective administration of justice.

Date  7-14-15                    Signature of Magistrate _____

I certify that the judge personally advised me of the nature of the charges, the range of penalties, and my constitutional rights as indicated above.  I understand the constitutional rights which I give up by entering this plea, and I desire to plead guilty or no contest as indicated above.  I desire to proceed without an attorney, or if represented, my attorney's signature appears below.

Defendant: _____     Def. Counsel/Bar No.: _____     Interpreter: _____

Form 19 1 of 1

SOMERTON MUNICIPAL COURT – 350 W MAIN ST – SOMERTON, AZ 85350

| STATE OF ARIZONA VS. JOSE ALFREDO JIMENEZ | CASE NO. M1442CR201500109 | AZ RULE CRIM PROCEDURE RULE 17.2f NOTIFICATION |
|---|---|---|

If you are not a citizen of the United States, pleading guilty or no contest to a crime may affect your immigration status. Admitting guilt may result in deportation even if the charge is later dismissed. Your plea or admission of guilt could result in your deportation or removal, could prevent you from ever being able to get legal status in the United States, or could prevent you from becoming a United States Citizen.

I have read and/ or I have been explained the notification above.

_____ 7/14/15 _____
Date

_____
Defendant's Signature

I have provided verbal and written notice to the defendant of AZ Rule of Criminal Procedure 17.2f

7-14-78
Date

_____
Judge's Signature

**SOMERTON MUNICIPAL COURT** ·350 W Main St. · P O Box 458 ·Somerton, AZ 85350 · (928) 627-8152

| STATE OF ARIZONA<br>VS.<br><br>JOSE ALFREDO JIMENEZ | CASE NO.<br><br><br>M1442CR201500109 | **RIGHT TO APPLY FOR POST-CONVICTION RELIEF**<br>**&**<br>**TO SET ASIDE JUDGEMENT OF GUILT** |
|---|---|---|

### RIGHT TO POST-CONVICTION RELIEF

You have the rights to petition to the Municipal Court for post-conviction relief. Rule 32, Rules of Criminal Procedure. In order to apply for post-conviction relief:

1.  You must file a NOTICE OF POST-CONVICTION RELIEF within 90 days of the entry of judgment and sentence if you do not file, or you do not have the right to file, a Notice of Appeal. If you do appeal, the time you have to file a Notice of Post-Conviction Relief is extended to within 30 days of the order and mandate affirming the judgment and sentence on direct appeal. If you do not timely file a Notice of Post-Conviction Relief you may never have another opportunity to have any error made in your case corrected by another court.
2.  To file for Post-Conviction Relief, get a copy of Form XXIV© NOTICE OF POST-CONVICTION RELIEF, either from the clerk of the court, or the jail and fill it out and file or send it to the Clerk of the Municipal Court of the city where you were sentenced. The notice must arrive at the clerk's office within 90 days after you were sentenced or within 30 days of the order and mandate affirming the judgment and sentence on direct appeal.
3.  You should execute the Affidavit of Indigency contained in the Notice of Post-Conviction Relief and request that a lawyer be appointed to represent you if you cannot afford to hire a lawyer.

### RECEIPT BY DEFENDANT

I have received a copy of this notice explaining my right to seek Post-Conviction Relief and the procedures I must follow to exercise this right, and that the grounds therefore are limited as set out in A.R.S 13-4231.

_____07/14/15_____        _____
DATE                                                      DEFENDANT

### RIGHT TO APPLY FOR SETTING ASIDE JUDGEMENT OF GUILT

Every person convicted of a criminal offense other than a violation of A.R.S 28-3473, the provisions of Title 28, Chapter6*, or a violation of any local ordinance relating to stopping, or operating of a vehicle, but nevertheless including a violation of A.R.S 28-1381A1, A2, or any local ordinance relating to the same subject matter as of such sections, may upon fulfillment of the conditions of probation or sentence and discharge by the Court, apply to the Judge, Justice of the Peace, or Magistrate who pronounced sentence or imposed probation or such Judge, Justice of the Peace, or Magistrate successor in office to have the judgment of guilt set aside. The convicted person shall be informed of this right at the time of discharge. The application to set aside the judgment may be made by the convicted person, by his attorney, or probation officer if authorize in writing. If the Judge, Justice of the Peace, or Magistrate grants the application, the Judge, Justice of the Peace, or Magistrate shall set aside the judgment of guilt, dismiss the accusations or information and order that the person be released from all penalties and disabilities resulting from the conviction other than those imposed by the Departments of Transportation pursuant A.R.S 28-445 or 28-446, and except that the conviction may be pleased and proven in any subsequent prosecution of such person by the state or any of its subdivisions for any offense or used by the Department of Transportation in enforcing the provision of A.R.S 28-445 or 28-446 as if the judgment of guilt had not been set aside.

*Section 28-601 et.seq.

**Somerton Municipal Court**
350 W. Main St.  P.O. Box 458 Somerton, AZ 85350
928-627-2722

| STATE OF ARIZONA | Complaint #: | **DOMESTIC VIOLENCE** |
|---|---|---|
| vs. | Charge:  ARS 13-2904A1 | **CONVICTION WARNINGS** |
| JOSE ALFREDO JIMENEZ<br>Defendant | Case #: M1442CR201500109 | |

## NOTICE TO THE DEFENDANT

You have been convicted of a crime that is considered domestic violence pursuant to A.R.S. §13-3601(A) based on the nature of the crime and your relationship to the victim.  If the crime involved the use or attempted use of physical force or the threatened use of a deadly weapon, you are prohibited by federal law from possessing a firearm or ammunition.  This prohibition is forever unless the conviction is set aside pursuant to A.R.S § 13-907.  A conviction may not be set aside if the criminal offense involved the infliction of serious physical injury or the use or exhibition of a deadly weapon or dangerous instrument or if the victim is under the age of fifteen years of age. Any decision to set aside a conviction is within the discretion of the judge.

The mandatory minimum sentencing requirement for a domestic violence conviction is a counseling program. Additionally, if you are convicted of a second offense, you may be placed on supervised probation with a term of jail as a condition of that probation. A third or subsequent charge may be filed as a felony and a conviction of that offense will result in a term of incarceration.

7/14/15
Date

_____
Defendant

7-14-15
Date

_____
Judge

**SOMERTON MUNICIPAL COURT**
350 W. MAIN STREET ● SOMERTON, AZ 85350 ● (928)627-2722

| STATE OF ARIZONA,<br>**Plaintiff**<br><br>**vs.**<br><br>**JOSE ALFREDO JIMENEZ**<br>**Defendant** | Case Number(s):<br><br><br>M1442CR201500109 | **JUDGMENT OF GUILT AND SENTENCE FORM** |

1.  Defendant's True Name:   **JOSE ALFREDO JIMENEZ**

2.  Defendant's Date of Birth:   <u>12/17/1985</u>

3.  Name of Defendant's Counsel: <u>     N/A     </u>, or

    ☐ The defendant knowingly, voluntarily and intelligently waived the right to counsel after having been fully apprised of his/her right to counsel.

4.  On this date the Defendant was convicted of:

    a.  Name of Offense:   <u>A) DISORDERLY CONDUCT PER D.V. B) ASSULT PER D.V.</u>

    b.  Statutory Citation: <u>A) ARS 13-2904A1 B) ARS 13-1203A1</u>

5.  Classification of Offense:  <u>A)M1 B)M1</u>

6.  This conviction was:

    ☐ With an allegation of prior conviction.
    ☑ Without an allegation of prior conviction.

7.  This conviction was based obtained by:

    ☑ Guilty Plea to the Court. The defendant knowingly, voluntarily and intelligently waived his/her right to a trial, with or without a jury, the right to cross examine witnesses, the right to testify or remain silent, and the right to present evidence and call his/her own witnesses after having fully been advised of these rights.
    ☐ No-Contest Plea to the Court.
    ☐ A Trial to the Court. The defendant knowingly, voluntarily and intelligently waived his/her right to a jury trial.
    ☐ A Jury Trial.

I certify that at the time of sentencing and in open court the defendant's right index fingerprint was permanently affixed to the document or order.

Right Index Fingerprint

Judge

Date   7·14·75

## A SOMERTON MUNICIPAL COURT – 350 W. MAIN ST – SOMERTON, AZ 85350 – YUMA COUNTY

| STATE OF ARIZONA   Plaintiff<br>-vs-<br><br>**JOSE ALFREDO JIMENEZ**<br>Defendant (FIRST, MI, LAST) | [CASE/COMPLAINT NO.]<br><br>M1442CR201500109 | **NOTICE OF RIGHT TO COUNSEL AND WAIVER** |
|---|---|---|

### READ THE ENTIRE FORM CAREFULLY BEFORE SIGNING IT

You have elected to proceed without an attorney either because:
[✓] you do not want an attorney,
[ ] the Court has determined that you are not entitled to a court-appointed attorney and you choose not to retain one.

The purpose of this form is to notify you of your right to an attorney, of the ways in which an attorney can be important to you in this case, and also to allow you to give up your rights if you so choose.

I understand that I am charged with the following crime(s) under the laws of Arizona:

A) ARS 13-2904A1 DISORDERLY CONDUCT PER D.V._____which is a class __1__ [ ] felony [X] misdemeanor

B) ARS 13-1203A1 ASSAULT  PER D.V._____which is a class __1__ [ ] felony[X] misdemeanor

_____which is a class _____ [ ] felony[X] misdemeanor

I understand that if I am found guilty, I can be given a severe punishment, including incarceration [ ] in the Arizona State Prison, [X] in the _____YUMA_____County Jail, [X] a fine, or other penalty.

I understand that under the Constitutions of the United States and the State of Arizona, I have the right to be represented by an attorney at all critical stages of this criminal case: before trial, at trial itself, during proceedings to determine what sentence should be imposed if I am found guilty, and for an appeal.  I understand that, for certain offenses, if I am unable to obtain the services of an attorney without incurring substantial hardship to myself or to my family, one will be appointed for me at a reduced cost or at no cost to me.

I understand that the services of an attorney can be of great value, for example: in determining if the charges against me are sufficient as a matter of law; whether the procedures used in investigating the charges and obtaining evidence against me, including the lawfulness of any search, seizure or police questioning; if an act I may have committed actually amounts to the crime for which I am charged; if I have any other valid defense to the charges; if I am found guilty, whether I should be placed on probation, be required to pay a fine, or be sentenced to a term of incarceration; or if appellate review would be justified.  I understand that, if I am found guilty of the offense charged, the Court may sentence me to a term of incarceration, even though I have given up my right to an attorney.

### RIGHT TO AN ATTORNEY AT ANY TIME

I understand that I can change my mind about having an attorney at any time by asking the judge to appoint an attorney for me or by hiring my own attorney.  I also understand that I will not be entitled to repeat any part of the case already held or to delay scheduled court proceedings based solely on changing my mind about having an attorney.

### CERTIFICATION AND WAIVER

I certify that I have read and understand all of the above, and I hereby waive my right to an attorney in this case, and to have an attorney appointed at a reduced cost or at no cost to me, for eligible offenses, if I cannot afford one.

DO NOT SIGN THIS FORM UNLESS YOU HAVE READ IT COMPLETELY, OR HAD IT READ TO YOU AND UNDERSTAND IT FULLY.
DO NOT SIGN THIS FORM IF YOU WANT AN ATTORNEY.

Dated _____7/14/2015_____   Defendant _____   Interpreter _____

### FINDING

After advising the defendant of the dangers and disadvantages of self-representation, the Court finds that the defendant's waiver of counsel is knowing, voluntary, and intelligent.

Dated __7-14-15__   Judicial Officer's Signature _____

Form 8 1 of 1

## SOMERTON MUNICIPAL COURT
350 W. MAIN STREET ● SOMERTON, AZ 85350 ● (928)627-2722

| STATE OF ARIZONA,<br>Plaintiff<br><br>vs.<br>JOSE ALFREDO JIMENEZ<br>Defendant | Case Number(s):<br><br>M1442CR201500109 | SENTENCE AND ORDER |
|---|---|---|

IT IS THE JUDGMENT OF THIS COURT THAT THE DEFENDANT IS GUILTY OF THE CRIME OF:

|  | ARS 13-2904A1 DISORDERLY CONDUCT | | | | | |
|---|---|---|---|---|---|---|
| Count I: | PER D.V. | a class | 1 | misdemeanor | Docket No. | M1442CR201500109 |
| Count II: | ARS 13-1203A1 ASSAULT PER D.V. | a class | 1 | misdemeanor | Docket No. | M1442CR201500109 |
| Count III: | | a class | | misdemeanor | Docket No. | |
| Count IV: | | a class | | misdemeanor | Docket No. | |
| Count V: | | a class | | misdemeanor | Docket No. | |

FURTHER RESPONSIBLE FOR THE FOLLOWING CIVIL TRAFFIC VIOLATIONS:

**N/A**

IT IS ORDERED:

#1 The defendant shall PAY:   COUNT 1

- ☐ A. Restitution
- ☑ B. Base Fine — 40.
- ☑ C. 83% Surcharge — 33.20
- ☑ D. Probation Assessment — $20.00
- ☐ E. Prison Construction Fund Assessment
- ☐ F. Public Safety Equipment Fund Assessment
- ☐ G. DUI Abatement Fee
- ☑ H. 2011 Additional Assessment — $13.00
- ☑ I. Court Enhancement Fee — $54.90
- ☐ J. JCEF Time Payment Fee
- ☐ K. Jail Costs
- ☐ L. Warrant Fee
- ☐ M. Default Fee
- ☐ N. Domestic Violence Shelter Fee
- ☑ O. Other VR — 2.—

COUNT 2

- ☐ A. Restitution
- ☑ B. Base Fine — 125
- ☑ C. 83% Surcharge — 103.25
- ☑ D. Probation Assessment — $20.00
- ☐ E. Prison Construction Fund Assessment
- ☐ F. Public Safety Equipment Fund Assessment
- ☐ G. DUI Abatement Fee
- ☑ H. 2011 Additional Assessment — $13.00
- ☑ I. Court Enhancement Fee — $54.90
- ☐ J. JCEF Time Payment Fee
- ☐ K. Jail Costs
- ☐ L. Warrant Fee
- ☐ M. Default Fee
- ☐ N. Domestic Violence Shelter Fee
- ☑ O. Other VR — 2.—

STATE VS: JOSE ALFREDO JIMENEZ          Case Number: M1442CR201500109     Page 2

## COUNT 3

☐ A. Restitution _____

☐ B. Base Fine _____

☐ C. 83% Surcharge _____

☐ D. Probation Assessment
☐ E. Prison Construction Fund _____
Assessment

☐ F. Public Safety Equipment
    Fund  Assessment _____

☐ G. DUI Abatement Fee
☐ H. 2011 Additional _____
Assessment

☐ I. Court Enhancement Fee _____

☐ J. JCEF Time Payment Fee _____

☐ K. Jail Costs _____

☐ L. Warrant Fee _____

☐ M. Default Fee
☐ N. Domestic Violence _____
Shelter Fee

☐ O. Other _____ All monetary penalties, fines, fees and assessments shall be paid in full
by_____ or,
        ☐ A payment plan has been established and monthly payments are due on the _____ of each month in the amount of $_____,
        beginning _____.

A Time Payment Fee of $20 will automatically be imposed if all monetary penalties included in this order are not paid in full by today's date. Collection fees, referred to as F.A.R.E. (Fines/fees And Restitution Enforcement), and default fees will be added to all balances that become delinquent.

☐ Jurisdiction for the purpose of restitution claims is retained for 90 days.
☐ Reinstated driver's license
☐ Legible or duplicate driver's license
☐ Insurance in effect on the date of the violation
☐ A new 6 month insurance policy
☐ Current registration
☐ Fine Shall Be Reduced If the Defendant shows the following proof to the Court no later than _____.
☐ Other

**#2 The Defendant shall SERVE** _____ days in jail, with credit for _____ days served to date.
☐ _____ Days remain to be served, pursuant to the attached Order of Commitment.
☒ 120 Days suspended upon successful and timely completion of Screening, Counseling, or _____.

**#3 The Defendant shall COMPLETE** _____ hours community restitution.

**#4 The Defendant shall COMPLETE** alcohol/drug screening as set forth in the Treatment Order. You must:
    a.  Participate in any and all programs, counseling of treatment recommended pursuant to the screening.
    b.  Participate in counseling at:_____.
    c.  Show proof of completion by _____; you are responsible for ensuring the court receives proof of compliance.

**#5 Defendant's** ☐ driving privileges      ☐ registration      be suspended for _____ day(s) _____ month(s).

**#6** ☐ **Ignition interlock** for _____ day(s) _____ month(s).

**#7 Additional Orders:** _____

_____

**IT IS FURTHER ORDERED:**

STATE VS: JOSE ALFREDO JIMENEZ          Case Number: M1442CR201500109          Page 2

☐ Drug/Substance Abuse Screening and Counseling    ☐ Alcohol Abuse Screening and Counseling    ☑ Unsupervised Probation ___2___ months
☑ Domestic Violence Screening and Counseling/ Treatment    ☐ License Suspension: ADOT/MVD
☐ Additional orders as set forth on the:
    ☐ Sentence Addendum
    ☐ Domestic Violence Addendum
    ☐ Probation Addendum

Until all of the conditions of this order are completed, you must immediately notify the court in writing of any change of address or telephone number.

Date: _____    Judge of the Municipal Court: _____

### RECEIPT AND ACKNOWLEDGMENT

I acknowledge receipt of a copy of the foregoing judgment and sentence order. I understand that if I fail to comply, the court will take appropriate action including, but not limited to: direct Motor Vehicle Division (MVD) to suspend my driver's license and/or registration, issue an order requiring me to show cause as to why I should not be held in contempt of court, issue a warrant for my arrest, impose additional sanctions and/or fines, revoke and terminate probation, and impose the maximum sentence in accordance with law. If the court directs MVD to suspend my driver's license and/or registration, my privilege to drive will remain suspended until the requirements of this judgment are satisfied and any additional penalties are paid in full.

☐ I am a teacher certified by the Board of Education or I am teaching in a community college district or charter school
☐ I am not a teacher

Date _____ Defendant's Signature _____ Mailing Address _____ City _____ State _____ Zip _____ Phone Number _____

SOMERTON MUNCIPAL COURT♦ 350 W. MAIN STREET♦ SOMERTON, AZ 85350 ♦ YUMA COUNTY ♦ (928) 627-2722

| STATE OF ARIZONA   Plaintiff<br>-vs-<br><br>JOSE ALFREDO JIMENEZ<br>Defendant (FIRST, MI, LAST) | CASE/COMPLAINT NO.<br><br>M1442CR201500109<br>BOOKING NO. | ORDER IMPOSING TERMS<br>OF PROBATION |
|---|---|---|

ORDERED suspending the imposition of sentence and placing Defendant on (  ) supervised (  ) unsupervised probation for a period of _12_

_____ months(s)/year(s) from this date.

ORDERED that those terms and regulations of probation which are checked below are applicable, and therefore DEFENDANT SHALL:

☑ 1.  At all times be a law-abiding citizen.

☐ 2.  Report to the court/probation officer at least once each month in writing or in person and at all other times as directed by the court/probation officer.

☐ 3.  Participate and cooperate fully in any program of assistance and counseling, whether vocational, medical, psychological, or financial, as directed by the court/probation officer.

☐ 4.  Remain gainfully employed or enrolled as a student at all times and keep the court/probation officer advised of such employment or schooling and progress therein.

☐ 5.  Support all dependents and pay all debts and obligations contracted or ordered by this Court.

☐ 6.  Submit to urinalysis testing as directed by the court/probation officer.

☑ 7.  Pay restitution through the _____ in the total amount of $_____ in regular monthly payments of $ _____ beginning on _____ and on the _____ day of each month thereafter until paid in full.

☑ 8.  Pay a fine to the Clerk of this court in the amount of $_____ on or before _____.

☐ 9.  Pay to the Clerk of this Court a probation fee of $_____ each month of his/her probation on or before the _____ _____ day of each month, pursuant to A.R.S. § 13-901(A).

☐ 10.  Be confined in the County Jail in accordance with the statutes for a period of _____ weekend(s)/week(s)/month(s) beginning _____. (Weekends begin at 6 p.m. on Friday and end at 6 p.m. on Sunday.)

☐ 11.  Submit to search and seizure of person or property at any time by any police officer or probation officer without the benefit of a search warrant.

☐ 12.  Participate in any specified drug or alcohol rehabilitative program, either residential or outpatient, as directed by the court/probation officer.

AND DEFENDANT SHALL:

☐ 13.  Not to leave the State of Arizona nor change place of residence without prior approval of the court/probation officer.

☐ 14.  Not drink intoxication liquor to excess/at any time.

☐ 15.  Not knowing associate with any person of lawless reputation nor with any person who has a criminal record or who is on probation or parole with approval of the court/probation officer.

☐ 16.  Not possesses or use any narcotics including marijuana or dangerous drugs in violation of any law.

☐ 17.  Not possess or control any deadly weapon or firearm, without permission of the court/probation office.

☐ 18.  Not contract any new major financial obligations without permission of the court/probation officer.

☐ 19.  Special conditions:  26 hours of D.V. Classes as ordered

DATED: 7-14-15                                  _____
                                                              Magistrate

RECEIPT AND ACKNOWLEDGMENT

I ACKNOWLEDGE RECEIPT OF A COPY OF THE FREGOING TERMS AND REGULATIONS OF PROBATION.
I UNDERSTAND THAT IF I VIOLATE ANY TERM OR CONDITION, THE COURT MAY REVOKE AND TERMINATE MY PROBATION AND IPOSE ON ME A MAXIMUS SENTENCE IN ACCORDANCE WITH THE LAW.

DATED: 7/14/15                                  _____
                                                              Defendant

Form 14 1 of 1

05/27/2016  11:56    9286271899              CSF                    (                    PAGE  03/03



2016 MAY 27  A 11:

CITY OF SCHERTO
MUNICIPAL COUR

# Campesinos Sin Fronteras

Center for Family and Behavioral Health Services
663 E Main Street Somerton Az 85350
Phone # 928 627 5995

Awards this Certificate of Completion to:

## Jose Alfredo Jimenez

Case# M1442CR201500109

Who has successfully completed Twenty six hours sessions of
Domestic Violence Education Treatment.

May 27, 2016

Rogelio Torres BHT
Behavioral Health Technician



CAMPESINOS
SIN FRONTERAS

# Exhibit 3

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/ Seller's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.**<br><br>Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | |

## Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name *(If legal name contain an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| | | |

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| | | | | |

| 3. Place of Birth<br>U.S. City and State   -OR-   Foreign Country | 4. Height<br>Ft. ____<br>In. ____ | 5. Weight *(LBs.)* | 6. Sex<br>☐ Male<br>☐ Female | 7. Birth Date<br>Month / Day / Year |
|---|---|---|---|---|

| 8. Social Security Number *(Optimal, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| | |

| 10.a. Ethnicity | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)* |
|---|---|
| ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | ☐ American Indian or Alaska Native       ☐ Black or African American<br>☐ Asian       ☐ Native Hawaiian or Other Pacific Islander       ☐ White |

| 11. Answer the following questions by checking or marking *"yes"* or *"no"* in the boxes to the right of the questions. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ☐ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☐ |
| c. Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☐ |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ☐ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ☐ |
| f. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☐ |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☐ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* · | ☐ | ☐ |
| i. Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☐ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
☐ United States of America *(U.S.A.)*       ☐ Other Country/Countries *(Specify)*

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ☐ |
| 12.c. Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☐ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ☐ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions?       ☐ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

| Previous Editions Are Obsolete | **Transferee/Buyer Continue to Next Page** | |
|---|---|---|
| | **STAPLE IF PAGES BECOME SEPARATED** | |

Page 1 of 6

ATF E-Form 4473 (5300.9)
Revised October 2016

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| | |

## Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☐ Handgun  ☐ Long Gun *(rifles or shotguns)*  ☐ Other Firearm *(frame, receiver, etc, See Instructions for Question 16.)* | Name of Function: _____<br>City, State: _____ |

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address) (See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month        Day        Year | |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency was: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed    ☐ Delayed<br>☐ Denied    *[The firearm(s) may be transferred on*<br>☐ Cancelled    _____ *if State law permits (optional)]* | ☐ Proceed _____ *(date)*    ☐ Overturned<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☐ No response was provided within 3 business days. |

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:

_____ *(date).*    ☐ Proceed    ☐ Denied    ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| *(name)*          *(number)* | |

| 20. ☐ | No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)* |
|---|---|

| 21. ☐ | No NICS check was required because the transferee/buyer has a valid permit from the Sate where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)* |
|---|---|

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| | |

ATF E-Form 4473 (5300.9)
Revised October 2016

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| 24. Manufacturer and Importer *(If any) (If the manufacturer and importer are different, the FFL must include both.)* | 25. Model *(If Designated)* | 26. Serial Number | 27. Type *(See Instructions for Question 27.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 29. Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)* | 30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 24 Above: |
|---|---|
| 31. For Use by Licensee *(See Instructions for Question 31.)* | 32. Check if this transaction is to facilitate a private part transfer. ☐ *(See Instructions for Question 32.)* |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *( Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

**The Person Transferring The Firearm(s) Must Complete Questions 34-37.**
**For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 and my re-verification at the time of transfer, *if Section C was completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name *(Please print)* | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title | 37. Date Transferred |
|---|---|---|---|
| | | | |

## NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological *(by date of disposition)*, alphabetical *(by name of purchaser)*, or numerical *(by transaction serial number)*, as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name of transferee)* or chronological *(by date of transferee's certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

### Section A

The transferee/buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the transferor/seller. Two persons *(other than the transferor/seller)* must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF E-Form 4473 (5300.9)
Revised October 2016

When the transferee/buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his/her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity; and (B) the name and address of that business entity.

**Question 1.** If the transferee's/buyer's name in question 1 is illegible, the transferor/seller must print the transferee's/buyer's name above the name written by the transferee/buyer.

**Question 2. Current Residence Address:** A rural route (RR) may be accepted provided the transferee/buyer lives in a State or locality where it is considered a legal residence address. County and Parish are one and the same.

If the transferee/buyer is a member of the Armed Forces on active duty, his/her State of residence is the State in which his/her permanent duty station is located. If the service member is acquiring a firearm in a State where his/her permanent duty station is located, but resides in a different State, the transferee/buyer must list both his/her permanent duty station address and his/her residence address in response to question 2. If the transferee/buyer has two States of residence, the transferee/ buyer should list his/her current residence address in response to question 2 *(e.g., if the transferee/buyer is purchasing a firearm while staying at his/her weekend home in State X, he/she should list the address in State X in response to question 2).*

**Question 9. Unique Personal Identification Number (UPIN):** For transferees/ buyers approved to have information maintained about them in the FBI NICS Voluntary Appeal File, NICS will provide them with a UPIN, which the transferee/ buyer should record in question 9. The licensee should provide the UPIN when conducting background checks through the NICS or the State POC.

**Question 10.a. and 10.b.** Federal regulations (27 CFR 478.124(c)(1)) require licensees to obtain the race of the transferee/buyer. This information helps the FBI and/or State POC make or rule out potential matches during the background check process and can assist with criminal investigations. Pursuant to Office of Management and Budget (OMB), effective January 1, 2003, all Federal agencies requiring collection of race and ethnicity information on administrative forms and records, were required to collect this information in a standard format. (See 62 FR 58782) The standard OMB format consists of two categories for data on ethnicity: "Hispanic or Latino," and "Not Hispanic or Latino" and five categories for data on race: American Indian or Alaska Native, Asian, Black or African American, Native Hawaiian or Other Pacific Islander, and White.

Ethnicity refers to a person's heritage. Persons of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race, are considered Hispanic or Latino.

Race - one or more of the following responses must be selected: (1) American Indian or Alaska Native - A person having origins in any of the original peoples of North and South America (including Central America), and who maintains a tribal affiliation or community attachment; (2) Asian - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam; (3) Black or African American - A person having origins in any of the Black racial groups of Africa; (4) Native Hawaiian or Other Pacific Islander - A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands; and (5) White - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. Any other race or ethnicity that does not fall within those indicated, please select the closest representation.

**Question 11.a. Actual Transferee/Buyer:** For purposes of this form, a person is the actual transferee/buyer if he/she is purchasing the firearm for him/herself or otherwise acquiring the firearm for him/herself. *(e.g., redeeming the firearm from pawn, retrieving it from consignment, firearm raffle winner).* A person is also the actual transferee/buyer if he/she is legitimately purchasing the firearm as a bona fide gift for a third party. A gift is not bona fide if another person offered or gave the person completing this form money, service(s), or item(s) of value to acquire the firearm for him/her, or if the other person is prohibited by law from receiving or possessing the firearm.

**Actual TRANSFEREE/buyer examples:** Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith *(who may or may not be prohibited).* Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is **NOT THE**

Page 4 of 6

**ACTUAL TRANSFEREE/BUYER** of the firearm and must answer **"NO"** to question 11.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown buys the firearm with his own money to give to Mr. Black as a gift *(with no service or tangible thing of value provided by Mr. Black),* Mr. Brown is the actual transferee/buyer of the firearm and should answer **"YES"** to question 11.a. However, the transferor/seller may not transfer a firearm to any person he/she knows or has reasonable cause to believe is prohibited under 18 U.S.C. 922(g), (n) or (x).
**EXCEPTION:** If a person is picking up a repaired firearm(s) for another person, he/she is not required to answer 11.a. and may proceed to question 11.b.

**Question 11.b. - 12.** Generally, 18 U.S.C. 922(g) prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a felony in any Federal, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year *(this does not include State misdemeanors punishable by imprisonment of two years or less);* is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated as a mental defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; is subject to certain restraining orders; convicted of a misdemeanor crime of domestic violence under Federal, State or Tribal law; has renounced his/her U.S. citizenship; is an alien illegally in the United States or an alien admitted to the United States under a nonimmigrant visa. Furthermore, section 922(n) prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony in any Federal, State or local court, or any other crime, punishable by imprisonment for a term exceeding one year. An information is a formal accusation of a crime verified by a prosecutor.

A member of the Armed Forces must answer "yes" to 11.b. or 11.c. if charged with an offense that was either referred to a General Court Martial, or at which the member was convicted. Discharged "under dishonorable conditions" means separation from the Armed Forces resulting from a dishonorable discharge or dismissal adjudged by a General Court-Martial. That term does not include any other discharge or separation from the Armed Forces.

*EXCEPTION:* A person who has been convicted of a felony, or any other crime, for which the judge could have imprisoned the person for more than one year, or who has been convicted of a misdemeanor crime of domestic violence, is not prohibited from purchasing, receiving, or possessing a firearm if: (1) under the law of the jurisdiction where the conviction occurred, the person has been pardoned, the conviction has been expunged or set aside, or the person has had their civil rights *(the right to vote, sit on a jury, and hold public office)* taken away and later restored, AND (2) the person is not prohibited by the law of the jurisdiction where the conviction occurred from receiving or possessing firearms. Persons subject to this exception, or who receive relief from disabilities under 18 U.S.C. 925(c), should answer "no" to the applicable question.

**Question 11.d. Fugitive from Justice:** Any person who has fled from any State to avoid prosecution for a felony or a misdemeanor; or any person who leaves the State to avoid giving testimony in any criminal proceeding. The term also includes any person who knows that misdemeanor or felony charges are pending against such person and who leaves the State of prosecution.

**Question 11.f. Adjudicated as a Mental Defective:** A determination by a court, board, commission, or other lawful authority that a person, as a result of marked subnormal intelligence, or mental illness, incompetency, condition, or disease: (1) is a danger to himself or to others; or (2) lacks the mental capacity to contract or manage his own affairs. This term shall include: (1) a finding of insanity by a court in a criminal case; and (2) those persons found incompetent to stand trial or found not guilty by reason of lack of mental responsibility.

**Committed to a Mental Institution:** A formal commitment of a person to a mental institution by a court, board, commission, or other lawful authority. The term includes a commitment to a mental institution involuntarily. The term includes commitment for mental defectiveness or mental illness. It also includes commitments for other reasons, such as for drug use. The term does not include a person in a mental institution for observation or a voluntary admission to a mental institution.

*EXCEPTION:* Under the NICS Improvement Amendments Act of 2007, a person who has been adjudicated as a mental defective or committed to a mental institution in a State proceeding is not prohibited by the adjudication or commitment if

the person has been granted relief by the adjudicating/committing State pursuant to a qualifying mental health relief from disabilities program. Also, a person who has been adjudicated as a mental defective or committed to a mental institution by a department or agency of Federal Government is not prohibited by the adjudication or commitment if either: (a) the person's adjudication or commitment was set-aside or expunged by the adjudicating/committing agency; (b) the person has been fully released or discharged from all mandatory treatment, supervision, or monitoring by the agency; (c) the person was found by the agency to no longer suffer from the mental health condition that served as the basis of the initial adjudication/commitment; or (d) the adjudication or commitment, respectively, is based solely on a medical finding of disability, without an opportunity for a hearing by a court, board, commission, or other lawful authority, and the person has not been adjudicated as a mental defective consistent with section 922(g)(4) of title 18, United States Code; (e) the person was granted relief from the adjudicating/committing agency pursuant to a qualified mental health relief from disabilities program. **Persons who fall within one of the above exceptions should answer "no" to question 11.f.** This exception to an adjudication or commitment by a Federal department or agency does **not** apply to any person who was adjudicated to be not guilty by reason of insanity, or based on lack of mental responsibility, or found incompetent to stand trial, in any criminal case or under the Uniform Code of Military Justice.

**Question 11.h. Qualifying Restraining Orders:** Under 18 U.S.C. 922, firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing which the person received actual notice of and had an opportunity to participate in; (B) restrains such person from harassing, stalking, or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or (ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury. An "intimate partner" of a person is: the spouse or former spouse of the person, the parent of a child of the person, or an individual who cohabitates or has cohabitated with the person.

**Question 11.i. Misdemeanor Crime of Domestic Violence:** A Federal, State, local, or tribal offense that is a misdemeanor under Federal, State, or tribal law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabitating with, or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that have as an element the use or attempted use of physical force or the threatened use of a deadly weapon *(e.g., assault and battery)*, if the offense is committed by one of the defined parties. *(See Exception to 11.b. - 12.)* A person who has been convicted of a misdemeanor crime of domestic violence also is not prohibited unless: (1) the person was represented by a lawyer or gave up the right to a lawyer; or (2) if the person was entitled to a jury, was tried by a jury, or gave up the right to a jury trial. Persons subject to this exception should answer **"no"** to 11.i.

**Question 12.d. Immigration Status:** An alien admitted to the United States under a nonimmigrant visa includes, among others, persons visiting the United States temporarily for business or pleasure, persons studying in the United States who maintain a residence abroad, and certain temporary foreign workers. These aliens must answer "yes" to this question and provide the additional documentation required under question 18.c. Permanent resident aliens and aliens legally admitted to the United States pursuant to either the Visa Waiver Program or to regulations otherwise exempting them from visa requirements may answer "no" to this question and are not required to submit the additional documentation under question 18.c.

**Question 13. U.S.-issued Alien Number or Admission Number:** U.S.-issued alien and admission numbers may be found on the following U.S. Department of Homeland Security documents: Legal Resident Card or Employment Authorization Card (AR# or USCIS#); Arrival/Departure Record, Form I94, or Form 797A (I94#). Additional information can be obtained from www.cbp.gov. If you are a U.S. citizen or U.S. national then this question should be left blank.

**Question 14.** Under 18 U.S.C. 922(a)(1), it is unlawful for a person to engage in the business of dealing in firearms without a license. A person is engaged in the business of dealing in firearms if he/she devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal

objective of livelihood and profit through the repetitive purchase and resale of firearms. A license is not required of a person who only makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his/her personal collection of firearms.

**Section B**

**Question 16. Type of Firearm(s):** "Other" refers to frames, receivers and other firearms that are neither handguns nor long guns (rifles or shotguns), such as firearms having a pistol grip that expel a shotgun shell, or National Firearms Act (NFA) firearms, including silencers.

If a frame or receiver can only be made into a long gun *(rifle or shotgun)*, it is still a frame or receiver not a handgun or long gun. However, frames and receivers are still "firearms" by definition, and subject to the same GCA limitations as any other firearms. See Section 921(a)(3)(B). Section 922(b)(1) makes it unlawful for a licensee to sell any firearm other than a shotgun or rifle to any person under the age of 21. Since a frame or receiver for a firearm, to include one that can only be made into a long gun, is a "firearm other than a shotgun or rifle," it cannot be transferred to anyone under the age of 21, nor can these firearms be transferred to anyone who is not a resident of the State where the transfer is to take place. Also, note that multiple sales forms are not required for frames or receivers of any firearms, or pistol grip shotguns, since they are not "pistols or revolvers" under Section 923(g)(3)(A).

**Question 17. Qualifying Gun Show or Event:** As defined in 27 CFR 478.100, a gun show or event is a function sponsored by any national, State, or local organization, devoted to the collection, competitive use, or other sporting use of firearms, or an organization or association that sponsors functions devoted to the collection, competitive use, or other sporting use of firearms in the community.

**Question 18.a. Identification:** Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the transferee/buyer. The transferee/buyer **must** provide a valid government-issued photo identification document to the transferor/seller that contains the transferee's/buyer's name, residence address, and date of birth. A driver's license or an identification card issued by a State in place of a license is acceptable. Social Security cards are not acceptable because no address, date of birth, or photograph is shown on the cards. A combination of government-issued documents may be provided. See instructions for question 18.b. Supplemental Documentation.

If the transferee/buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his/her permanent duty station is located, but he/she has a driver's license from another State, the transferor/seller should list the transferee's/buyer's military identification card and official orders showing where his/her permanent duty station is located in response to question 18.a. Licensees may accept electronic PCS orders to establish residency.

**Question 18.b. Supplemental Documentation:** Licensees may accept a combination of valid government-issued documents to satisfy the identification document requirements of the law. The required valid government-issued photo identification document bearing the name, photograph, and date of birth of transferee/buyer may be supplemented by another valid, government-issued document showing the transferee's/buyer's residence address. This supplemental documentation should be recorded in question 18.b., with the issuing authority and type of identification presented. For example, if the transferee/buyer has two States of residence and is trying to buy a handgun in State X, he may provide a driver's license *(showing his name, date of birth, and photograph)* issued by State Y and another government-issued document *(such as a tax document)* from State X showing his residence address. A valid electronic document from a government website may be used as supplemental documentation provided it contains the transferee's/buyer's name and current residence address.

**Question 18.c. Exceptions to the Nonimmigrant Alien Prohibition and Acceptable Documentation:** An alien admitted to the United States under a nonimmigrant visa is not prohibited from purchasing, receiving, or possessing a firearm if the alien: (1) is in possession of a hunting license or permit lawfully issued by the Federal Government, a State or local government, or an Indian tribe federally recognized by the Bureau of Indian Affairs, which is valid and unexpired; (2) was admitted to the United States for lawful hunting or sporting purposes; (3) has received a waiver from the prohibition from the Attorney General of the United States; (4) is an official representative of a foreign government who is accredited to the United States Government or the Government's mission to an international organization having its

ATF E-Form 4473 (5300.9)
Revised October 2016

headquarters in the United States; (5) is an official representative of a foreign government who is en route to or from another country to which that alien is accredited; (6) is an official of a foreign government or a distinguished foreign visitor who has been so designated by the Department of State; or (7) is a foreign law enforcement officer of a friendly foreign government entering the United States on official law enforcement business.

**Question 19.  NICS BACKGROUND CHECKS:**  18 U.S.C. 922(t) requires that prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer, or dealer must first contact the National Instant Criminal Background Check System (NICS).  NICS will advise the licensee whether the system finds any information that the purchaser is prohibited by law from possessing or receiving a firearm.  For purposes of this form, contacts to NICS include State agencies designated as points-of-contact ("or POCs") to conduct NICS checks for the Federal Government.

The licensee should NOT contact NICS and must stop the transaction if there is reasonable cause to believe that the transferee/buyer is prohibited from receiving or possessing a firearm, including if: the transferee/buyer answers "no" to question 11.a.; the transferee/buyer answers "yes" to any question in 11.b. - 11.i. or 12.b. - 12.c.; the transferee/buyer has answered "yes" to question 12.d.1., and answered "no" to question 12.d.2.; or the transferee/buyer cannot provide the documentation required by questions 18.a, b, or c.  **WARNING:**  Any person who transfers a firearm to any person he/she knows or has reasonable cause to believe is prohibited from receiving or possessing a firearm violates the law, even if the transferor/seller has complied with the Federal background check requirements.

At the time that NICS is contacted, the licensee must record in question 19.a. - 19.c.: the date of contact, the NICS *(or State)* transaction number, and the initial (first) response provided by NICS or the State.  The licensee may record the date the firearms may be transferred to the transferee/buyer (also known as the Missing Disposition Information (MDI) date) in 19.c. that NICS provides for delayed transactions *(States may not provide this date)*.  If the licensee receives any subsequent response(s) before transferring the firearm, the licensee must record in question 19.d. any response later provided by NICS or the State, or that no response was provided within 3 business days.  If the transaction was denied and later overturned in addition to checking the "Proceed" and entering the date, the licensee must also check the "Overturned" box and, if provided, attach the overturn certificate issued by NICS or the State POC to the ATF Form 4473.  If the licensee receives a response from NICS or the State after the firearm has been transferred, he/she must record this information in question 19.e.  **Note:** States acting as points of contact for NICS checks may use terms other than *"proceed," "delayed," "cancelled," or "denied."*  In such cases, the licensee should check the box that corresponds to the State's response.  Some States may not provide a transaction number for denials.  However, if a firearm is transferred within the three business day period, a transaction number is required.

**NICS responses:**  If NICS provides a *"proceed"* response, the transaction may proceed.  If NICS provides a *"cancelled"* or *"denied"* response, the transferor/seller is prohibited from transferring the firearm to the transferee/buyer.  If NICS provides a *"delayed"* response, the transferor/seller is prohibited from transferring the firearm unless 3 business days have elapsed and, before the transfer, NICS or the State has not advised the transferor/seller that the transferee/buyer's receipt or possession of the firearm would be in violation of law.  (See 27 CFR 478.102(a) for an example of how to calculate 3 business days.)  If NICS provides a *"delayed"* response, NICS also will provide a Missing Disposition Information (MDI) date that calculates the 3 business days and reflects when the firearm(s) can be transferred under Federal law.  States may not provide an MDI date.  *State law may impose a waiting period on transferring firearms.*

**Questions 20 and 21.  NICS Exceptions:**  A NICS check is not required if the transfer qualifies for any of the exceptions in 27 CFR 478.102(d).  Generally these include: (a) transfers of National Firearms Act firearms to an individual who has undergone a background check during the NFA approval process; (b) transfers where the transferee/buyer has presented the licensee with a permit or license that allows the transferee/buyer to possess, acquire, or carry a firearm, and the permit has been recognized by ATF as a valid alternative to the NICS check requirement; or (c) transfers certified by ATF as exempt because compliance with the NICS check requirements is impracticable.  If the transfer qualifies for one of these exceptions, the licensee must obtain the documentation required by 27 CFR 478.131.  A firearm must **not** be transferred to any transferee/buyer who fails to provide such documentation.

A NICS check must be conducted if an NFA firearm has been approved for transfer to a trust, or to a legal entity such as a corporation, and no background check was conducted as part of the NFA approval process on the individual who will receive the firearm.  Individuals who have undergone a background check during the NFA application process are listed on the approved NFA transfer form.

**Section C**

**Questions 22 and 23.  Transfer on a Different Day and Recertification:**  If the transfer takes place on a different day from the date that the transferee/buyer signed Section A, the licensee must again check the photo identification of the transferee/buyer at the time of transfer.

**Section D**

**Question 24-28.  Firearm(s) Description:**  These blocks must be completed with the firearm(s) information.  Firearms manufactured after 1968 by Federal firearms licensees should all be marked with a serial number.  Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968); you may answer question 26 with "NSN" (No Serial Number), "N/A" or "None."

If more than four firearms are involved in a transaction, the information required by Section D, questions 24-28, must be provided for the additional firearms on a separate sheet of paper, which must be attached to this ATF Form 4473.

**Types of firearms include, but are not limited to:** pistol, revolver, rifle, shotgun, receiver, frame and other firearms that are neither handguns nor long guns (rifles or shotguns), such as firearms having a pistol grip that expel a shotgun shell (pistol grip firearm) or NFA firearms (machinegun, silencer, short-barreled shotgun, short-barreled rifle, destructive device or "any other weapon").

Additional firearms purchases by the same transferee/buyer may not be added to the form after the transferor/seller has signed and dated it.  A transferee/buyer who wishes to acquire additional firearms after the transferor/seller has signed and dated the form must complete a new ATF Form 4473 and undergo a new NICS check.

**Question 31.**  This item is for the licensee's use in recording any information he/she finds necessary to conduct business.

**Question 32.**  Check this box, or write "Private Party Transfer" in question 31, if the licensee is facilitating the sale or transfer of a firearm between private unlicensed individuals in accordance with ATF Procedure 2013-1.  This will assist the licensee by documenting which transaction records correspond with private party transfers, and why there may be no corresponding A&D entries when the transfer did not proceed because it was denied, delayed, or cancelled.

**Privacy Act Information**

Solicitation of this information is authorized under 18 U.S.C. 923(g).  Disclosure of this information by the transferee/buyer is mandatory for the transfer of a firearm.  Disclosure of the individual's Social Security number is voluntary.  The number may be used to verify the transferee's/buyer's identity.

For information about the routine uses of this form see System of Records Notice Justice/ATF-008, Regulatory Enforcement Records System (68 FR 163558, January 24, 2003).

**Paperwork Reduction Act Notice**

The information required on this form is in accordance with the Paperwork Reduction Act of 1995.  The purpose of the information is to determine the eligibility of the transferee to receive and possess firearms under Federal law.  The information is subject to inspection by ATF officers and is required by 18 U.S.C. 922 and 923.

The estimated average burden associated with this collection is 30 minutes per respondent or recordkeeper, depending on individual circumstances.  Comments about the accuracy of this burden estimate and suggestions for reducing it should be directed to Reports Management Officer, IT Coordination Staff, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.  Confidentiality is not assured.

ATF E-Form 4473 (5300.9)
Revised October 2016

1

## <u>VERIFICATION</u>

2

3    I, Hector Baez, verify and declare under penalty of perjury that, I am a Special

4    Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the

5    foregoing Complaint for Forfeiture *In Rem* and know the contents, and that the matters

6    contained in the Complaint are true to my own knowledge, except that those matters

     alleged upon information and belief and as to those matters, I believe them to be true.

7        The sources of my knowledge and information and the grounds of my belief are the

8    official files and records of the United States, information supplied to me by other law

9    enforcement officers, as well as my investigation of this case.

10       I verify and declare under penalty of perjury that the foregoing is true and correct.

11   Executed on this 9th day of December, 2019.

12

13

14   Hector Baez
     Bureau of Alcohol, Tobacco, Firearms and
15   Explosives

16

17

18

19

20

21

22

23

24

25

26

27

28